WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>Defendants. | Case No.: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

Plaintiff, Ditech Financial LLC (hereinafter "Ditech"), by and through its counsel of record, the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its counsel of record, the law firm of Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On October 10, 2017, SFR demanded the deposit of a five-hundred dollar ($500.00) cost bond pursuant to NRS 18.130(1) [ECF No. 15]; and

/ / /

/ / /

/ / /

/ / /

2. Ditech does not oppose this demand, but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated this 9th day of November, 2017. | Dated this 9th day of November, 2017. |
| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
| */s/ Diana S. Ebron, Esq.* | */s/ Regina A. Habermas, Esq.* |
| Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 009578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant,*<br>*SFR Investments Pool 1, LLC* | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>*Attorneys for Plaintiff, Ditech Financial LLC* |

## **ORDER**

**IT IS ORDERED** that Ditech Financial LLC will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court within fifteen (15) days after this Order is entered.

Dated this \_\_13th\_\_ day of \_November,\_ 2017.

_____.
RICHARD F. BOULWARE, II
United States District Judge