| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050 |
| 3 | Regina A. Habermas, Esq.<br>Nevada Bar No. 8481 |
| 4 | 7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| 6 | dnitz@wrightlegal.net<br>rhabermas@wrightlegal.net |
| 7 | *Attorneys for Plaintiff, Ditech Financial LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No.: 2:17-cv-01772-RFB-PAL |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, Ditech Financial LLC ("Plaintiff"), and Defendant, Desert Greens Homeowners Association ("Association") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 9, 2018, Plaintiff filed its Motion for Summary Judgment [ECF No. 32]. On May 9, 2018, the Association also filed its Motion for Summary Judgment [ECF No. 33]. Presently, Plaintiff and the Association's responsive pleadings are due by May 30, 2018. The Parties have discussed extending the deadline for Plaintiff and the Association to respond to the competing Motion's for Summary Judgment.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPUALTED AND AGREED that the deadline for Plaintiff and the Association to file their respective responses to the pending Motions for Summary Judgment

Page 1 of 2

[ECF Nos. 32 and 33] shall be extended from May 30, 2018 to June 15, 2018.

This is the first stipulation for extension of time for Plaintiff and the Association to file their respective responses to the competing dispositive motions. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 30th day of May, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller, Esq. (NV Bar No. 12448)*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ditech Financial LLC*

DATED this 30th day of May, 2018.
LEACH JOHNSON SONG & GRUCHOW

*/s/ Ryan W. Reed, Esq.*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Ryan W. Reed, Esq.
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Attorneys for Defendant, Desert Greens Homeowners' Association*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 31st day of May, 2018.