Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>Defendants. | Case No.: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, Ditech Financial LLC (the "Bank"), and Defendant, SFR Investments Pool 1, LLC ("SFR"), and Defendant Desert Greens Homeowners Association (the "Association") by and through their counsel of record, hereby stipulate and agree as follows:

On May 9, 2018, the Bank filed and served its Motion for Summary Judgment [ECF No. 32]. SFR's counsel requested a week extension of the current deadline as the motion contains complex legal issues and counsel requires additional time to complete a response. The parties are in agreement to extend the deadline for SFR to respond to the Bank's Motion for Summary Judgment due to the above reasons. This is the parties' first request. This request is made in good faith and is not for purposes of delay or prejudice to any other party.

…

- 1 -

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for SFR to file its Response to the Bank's Motion for Summary Judgment [ECF No. 32] shall be extended to **June 6, 2018**.

| | |
|---|---|
| DATED this 30th day of May, 2018.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 30th day of May 2018.<br>KIM GILBERT EBRON |
| */s/ Matthew S. Carter*<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Ditech Financial LLC* | */s/ Diana S. Ebron*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

Dated this 30th day of May, 2018
LEACH JOHNSON SONG & GRUCHOW

*/s/ Ryan W. Reed*
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant Desert Greens Homeowners' Association*

## **ORDER**

### **IT IS SO ORDERED.**

DATED this 31st day of May, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court