| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WRIGHT, FINLAY & ZAK, LLP<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Regina A. Habermas, Esq.<br>Nevada Bar No. 8481<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>dnitz@wrightlegal.net<br>rhabermas@wrightlegal.net<br>*Attorneys for Plaintiff, Ditech Financial LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff, Ditech Financial LLC ("Plaintiff"), and Defendant, SFR Investments Pool 1, LLC (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　On May 9, 2018, Plaintiff filed its Motion for Summary Judgment [ECF No. 32]. On May 31, 2018, the Court entered a Stipulation and Order to Extend Deadline to File Responses to Motions for Summary Judgment, approving an extension of the deadline for SFR Investments Pool 1, LLC to file its response to Plaintiff's Motion for Summary Judgment [ECF No. 37]. On June 6, 2018, SFR Investments Pool 1, LLC filed its Response to Plaintiff's Motion for Summary Judgment [ECF No. 38] (the "Response"). SFR's Response raises complex issues and counsel requires additional time to complete a reply. For these reasons, the Parties' are in agreement to extend the deadline for Plaintiff to file its Reply in Support of Motion for Summary

Judgment by one week. This is the Parties' first request to extend the subject deadline and the request is made in good faith and not for purposes of delay or prejudice to any other party.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a Reply in Support of its Motion for Summary Judgment shall be extended to June 27, 2018.

DATED this 20th day of June, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Regina A. Habermas, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ditech Financial LLC*

DATED this 20th day of June, 2018.
KIM GILBERT EBRON

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

DATED this __21st__ day of __June__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court