| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Dana Jonathon Nitz, Esq. |
| 2 | Nevada Bar No. 0050 |
| | Regina A. Habermas, Esq. |
| 3 | Nevada Bar No. 8481 |
| 4 | 7785 W. Sahara Ave, Suite 200 |
| | Las Vegas, NV 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | dnitz@wrightlegal.net |
| 6 | rhabermas@wrightlegal.net |
| 7 | *Attorneys for Plaintiff, Ditech Financial LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No.: 2:17-cv-01772-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE** |
| vs. | |
| | **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation, | |
| Defendants. | |

Plaintiff, Ditech Financial LLC ("Plaintiff"), and Defendant, SFR Investments Pool 1, LLC ("SFR")[1], by and through their counsel of record, hereby stipulate and agree as follows:

On July 13, 2018, the Court entered its Order staying the above-captioned case and denying all pending motions without prejudice [ECF No. 44]. On August 23, 2018, SFR filed its Renewed Motion to Dismiss Plaintiff's Complaint [ECF No. 1] Pursuant to FRCP 12(b)(6) and 12(b)(7) (the "Renewed Motion") [ECF No. 45]. Pursuant to the Court's July 13, 2018 Order, the deadline for Ditech to respond to the Renewed Motion is September 13, 2018 [ECF No. 44]. SFR's Renewed Motion raises complex issues and counsel requires additional time to complete a

---

[1] Plaintiff and SFR are collectively referred to herein as the "Parties."

response. For these reasons, the Parties are in agreement to extend the deadline for Ditech to respond to SFR's Renewed Motion by one week. This is the Parties' first request to extend the subject deadline and the request is made in good faith and not for purposes of delay or prejudice to any other party.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Ditech to respond to SFR's Renewed Motion shall be extended to September 20, 2018.

DATED this 11th day of September, 2018.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Regina A. Habermas, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ditech Financial LLC*

DATED this 11th day of September, 2018.  
KIM GILBERT EBRON

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

DATED this __13th__ day of __September__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court