WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation, <br><br> Defendants. | Case No.: 2:17-cv-01772-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** <br><br> **(FIRST REQUEST)** |

Plaintiff, Ditech Financial LLC ("Ditech"), and Defendant, Desert Greens Homeowners' Association ("HOA")[1], by and through their counsel of record, hereby stipulate and agree as follows:

On October 24, 2018, the HOA filed a Renewed Motion to Dismiss Complaint [ECF No. 53] and Renewed Motion for Summary Judgment [ECF No. 54] (collectively, the "Renewed Motions"). The deadline for Ditech to respond to the HOA's Renewed Motion to Dismiss Complaint is November 7, 2018. The deadline for Ditech to respond to the HOA's Renewed Motion for Summary Judgment is November 14, 2018. The Renewed Motions raise

---

[1] Ditch and the HOA are collectively referred to herein as the "Parties."

complex issues and counsel requires additional time complete the responses.  In addition, the Parties are discussing a possible resolution of Ditech's claims against the HOA, which would eliminate the need for further briefing on the Renewed Motions.  For these reasons, the Parties are in agreement to extend the deadline for Ditech to respond to the Renewed Motions and extend the time for the HOA to file replies in support of the Renewed Motions.  This is the Parties' first request to extend the subject deadlines and the request is made in good faith and not for purposes of delay or prejudice to any other party.

Based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Ditech to respond to the HOA's Renewed Motions shall be extended to November 28, 2018.

IT IS FURTHER STIPULATED AND AGREED that the deadline for the HOA to file any replies in support of the Renewed Motions shall be extended to December 19, 2018.

| DATED this 6th day of November, 2018. | DATED this 6th day of November, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LEACH KERN GRUCHOW ANDERSON SONG |
| */s/ Regina A. Habermas, Esq.* | */s/ Ryan W. Reed, Esq.* |
| Dana Jonathon Nitz, Esq. | Sean L. Anderson, Esq. |
| Nevada Bar No. 0050 | Nevada Bar No. 7259 |
| Regina A. Habermas, Esq. | Ryan W. Reed, Esq. |
| Nevada Bar No. 8481 | Nevada Bar No. 11695 |
| 7785 W. Sahara Ave, Suite 200 | 2525 Box Canyon Drive |
| Las Vegas, NV 89117 | Las Vegas, NV 89128 |
| *Attorneys for Plaintiff, Ditech Financial LLC* | *Attorneys for Defendant, Desert Greens Homeowners' Association* |

**ORDER**

IT IS SO ORDERED:

DATED this   7th   day of   November  , 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge