WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
rhabermas@wrightlegal.net
*Attorneys for Plaintiff, Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, | Case No.: 2:17-cv-01772-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |
| vs. | **(THIRD REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation, | |
| Defendants. | |

Plaintiff, Ditech Financial LLC ("Ditech"), and Defendant, Desert Greens Homeowners' Association ("HOA")[1], by and through their counsel of record, hereby stipulate and agree as follows:

On October 24, 2018, the HOA filed a Renewed Motion to Dismiss Complaint [ECF No. 53] and Renewed Motion for Summary Judgment [ECF No. 54] (collectively, the "Renewed Motions"). The deadline for Ditech to respond to the HOA's Renewed Motion to Dismiss Complaint is November 7, 2018. The deadline for Ditech to respond to the HOA's Renewed Motion for Summary Judgment is November 14, 2018. The Renewed Motions raise

---

[1] Ditch and the HOA are collectively referred to herein as the "Parties."

complex issues and counsel requires additional time complete the responses.  In addition, the Parties are discussing a possible resolution of Ditech's claims against the HOA, which would eliminate the need for further briefing on the Renewed Motions.  On November 6, 2018, the Parties filed a Stipulation and Order to Extend Briefing Deadlines (First Request) [ECF No. 57] and on November 7, 2018, the court entered its Order granting the requested extensions [ECF No. 59].  The Parties' settlement negotiations were delayed over the Thanksgiving holidays and, on November 28, 2018, the Parties filed a Stipulation and Order to Extend Briefing Deadlines (Second Request) [ECF No. 62].  On November 29, 2018, the court entered its Order granting the requested extensions [ECF No. 64].  The Parties are continuing to discuss a possible settlement and, for these reasons, the Parties are in agreement to extend the deadline for Ditech to respond to the Renewed Motions and extend the time for the HOA to file replies in support of the Renewed Motions one final time.  This is the Parties' third request to extend the subject deadlines and the request is made in good faith and not for purposes of delay or prejudice to any other party.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1    Based on the foregoing,

2    IT IS HEREBY STIPULATED AND AGREED that the deadline for Ditech to respond

3    to the HOA's Renewed Motions shall be extended to January 2, 2019.

4    IT IS FURTHER STIPULATED AND AGREED that the deadline for the HOA to file

5    any replies in support of the Renewed Motions shall be extended to January 30, 2019.

6    DATED this 13th day of December, 2018.          DATED this 13th day of December, 2018.
7    WRIGHT, FINLAY & ZAK, LLP                       LEACH KERN GRUCHOW ANDERSON
                                                      SONG
8
9    */s/ Regina A. Habermas, Esq.*                   */s/ Ryan W. Reed, Esq.*
     Dana Jonathon Nitz, Esq.                         Sean L. Anderson, Esq.
10   Nevada Bar No. 0050                              Nevada Bar No. 7259
     Regina A. Habermas, Esq.                         Ryan W. Reed, Esq.
11   Nevada Bar No. 8481                              Nevada Bar No. 11695
     7785 W. Sahara Ave, Suite 200                    2525 Box Canyon Drive
12   Las Vegas, NV 89117                              Las Vegas, NV 89128
13   *Attorneys for Plaintiff, Ditech Financial LLC*  *Attorneys for Defendant, Desert Greens*
                                                      *Homeowners' Association*
14

15

16                                  **ORDER**

17   IT IS SO ORDERED:     *Nunc Pro Tunc*

18   DATED this __3rd__ day of _____January_____, 2019.

19

20

21   _____
     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28