DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>Defendants. | Case No.: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DITECH FINANCIAL LLC'S MOTION FOR RENEWED SUMMARY JUDGMENT [ECF No. 93]**<br><br>**(First Request)** |

Plaintiff, Ditech Financial LLC ("Ditech"), and Defendant, SFR Investments Pool 1, LLC ("SFR"), and Defendant Desert Greens Homeowners Association (the "Association") by and through their counsel of record, hereby stipulate and agree as follows:

On June 29, 2020, Ditech filed and served its Renewed Motion for Summary Judgment [ECF No. 93]. SFR's counsel requested a one-week extension of the current deadline as the response to the motion may have to include issues raised by intervening decisions from the appellate courts as well as other substantial issues. The parties are in agreement to extend the deadline for SFR to respond to the Bank's Motion for Summary Judgment due to the above reasons. This is the parties' first request. This request is made in good faith and is not for purposes of delay or prejudice to any other party.

…

- 1 -

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for SFR to file its Response to the Ditech's Renewed Motion for Summary Judgment [ECF No. 93] shall be extended to **July 27, 2020**.

DATED this 20th day of July, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ditech Financial LLC*

DATED this 20th day of July, 2020.

KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

DATED this 20th day of July, 2020

LEACH JOHNSON SONG & GRUCHOW

*/s/ Ryan W. Reed*
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant Desert Greens Homeowners' Association*

## ORDER

**IT IS SO ORDERED.**

DATED this __20th__ day of __July__, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE