DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>Defendants. | Case No.: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE REPLY IN RESPONSE TO OPPOSITION TO SFR'S COUNTER-MOTION TO STRIKE OR IN THE ALTERNATIVE FOR RULE 56(d) RELIEF**<br><br>**(First Request)** |

Plaintiff, Ditech Financial LLC ("Ditech"), and Defendant, SFR Investments Pool 1, LLC ("SFR"), and Defendant Desert Greens Homeowners Association (the "Association") by and through their counsel of record, hereby stipulate and agree as follows:

On June 29, 2020, Ditech filed and served its Motion for Summary Judgment [ECF No. 93]. SFR filed its Opposition and Countermotion to Strike or, in the Alternative, Countermotion for Rule 56(d) Relief. [ECF Nos. 100, 101, 102.] Ditech filed its Opposition to the Countermotion on August 11, 2020. [ECF Nos. 105 and 106.] SFR's Reply is due August 18, 2020. SFR's counsel requested a one-week extension of the current deadline because she has become ill and is unable to finish the reply in a timely manner. The parties agree to extend the deadline for SFR file its Reply to Ditech's Opposition to the Countermotion to Strike, or in the

- 1 -

alternative, Rule 56(d) Relief. This is the parties' first request. This request is made in good faith and is not for purposes of delay or prejudice to any other party.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for SFR to file its Reply to Ditech's Opposition to SFR's Countermotion to Strike or, in the alternative, Rule 56(d) Relief [ECF Nos. 105 and 106] shall be extended to **August 25, 2020**.

DATED this 18th day of August, 2020.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ditech Financial LLC*

DATED this 18th day of August, 2020.
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

Dated this 18th day of August, 2020
LEACH JOHNSON SONG & GRUCHOW

*/s/Sean L. Anderson*
Sean L. Anderson
Nevada Bar No. 7259
Ryan W. Reed
Nevada Bar No. 11695
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant Desert Greens Homeowners' Association*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of August, 2020.