WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV  89117
Tel:  (702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorney for Plaintiff Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>          Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.<br><br>          Defendants. | Case No: 2:17-cv-01772-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF OPPOSITION TO SFR'S MOTION TO STAY LITIGATION [ECF NO. 113]**<br><br>**[FIRST REQUEST]** |

Plaintiff Ditech Financial LLC ("Ditech"), and Defendants SFR Investments Pool 1, LLC ("SFR") and Desert Greens Homeowners Association ("HOA") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 3, 2020, Ditech filed its Motion for Leave to File Notice of Supplemental Authority in Support of Their Opposition to SFR's Motion to Stay Litigation ("Motion for Leave"). ECF No. 113.

2. On November 17, 2020, SFR filed its Limited Response to the Motion for Leave. ECF No. 114.

3. Ditech's deadline to file a Reply in response to SFR's Limited Response and in support of the Motion for Leave is currently set for November 24, 2020.

4. Ditech is requesting a fourteen (14) day extension until Tuesday, December 8, 2020, to file its Reply;

5. This extension is requested in order to Ditech additional time to analyze and respond to the arguments raised in SFR's Limited Response;

6. Counsel for Defendants SFR and the HOA have confirmed that they do not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 24th day of November, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff,*
*Ditech Financial LLC*

DATED this 24th day of November, 2020.

KIM GILBERT EBRON

*/s/ Diana Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments*
*Pool 1, LLC*

DATED this 24th day of November, 2020.

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Sean Anderson*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
2525 Box Canyon Dr.
Las Vegas, NV 89128
*Attorneys for Defendant, Desert Greens Homeowners Association*

**IT IS SO ORDERED.**

Dated this ~~30th~~ day of November, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge