UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DESERT GREENS HOMEOWNERS ASSOCIATION, a Nevada non-profit cooperative corporation,<br><br>Defendants. | Case No. 2:17-cv-01772-RFB-PAL<br><br>**ORDER** |

Before the Court is Defendant SFR Investments Pool I, LLC Motion to Stay. ECF No. 99. Currently, pending before the United States Supreme Court is a Petition for Certiorari from the Ninth Circuit Court of Appeals, <u>M&T Bank et al v. SFR Investments Pool 1, LLC et al</u>, No. 18-17395[1]. ECF No. 70. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider any further motions until the Petition for Certiorari is decided.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Stay (ECF No. 99) is GRANTED and this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion for Partial Summary Judgment, Defendants' Counter Motion to Strike, Defendants' Counter Motion for Rule 56(d), Plaintiff's Motion for Leave to File Supplemental Authority (ECF Nos. 93, 101, 102, 113) are DENIED without prejudice. The moving party shall have 21 days from the date of the Petition for

---

[1] Docketed on January 5, 2021 as No. 20-908.

Certiorari decision to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remove Attorney (ECF No. 94) is GRANTED.

DATED: February 25, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE